Daniel Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA 94301
(650) 326-2980 (o)
(650) 326-9704 (f)

Attorney for Defendant
Salvador Jesus Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR JESUS RAMIREZ, et al.,<br><br>Defendants. | Case No.: 2:18-MJ-00241 AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Timothy H. Delgado, and Defendant Salvador Jesus Ramirez, through his attorney Daniel B. Olmos, that the detention hearing in this matter be continued from Monday, December 10, 2018, to Wednesday, December 12, 2018.

The basis for this request is that the probation officer assigned to this case learned after the initial appearance that he is unavailable on Monday, December 10, 2018, and counsel for defendant is unavailable on Tuesday, December 11, 2018. These prior commitments constitute good cause under 18 U.S.C. § 3142(f)(2) to continue the bail hearing beyond the five days permitted by the statute.

The parties agree that good cause exists for the continuance.

1 | IT IS SO STIPULATED:

2 | Dated: December 7, 2018               NOLAN BARTON & OLMOS, LLP

3

4 |                                    */s/ Daniel B. Olmos*
   Daniel B. Olmos

5 | Attorney for Defendant Salvador Jesus Ramirez

6

7 | Dated: December 7, 2018               MCGREGOR SCOTT
                                         UNITED STATES ATTORNEY
8

9 |                                       By:   */s/ Timothy H. Delgado*
                                          Timothy H. Delgado
10 |                                       Assistant United States Attorney

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING
*UNITED STATES V. RAMIREZ*; CASE NO. 2:18-mj-00241-AC

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SALVADOR JESUS RAMIREZ,<br><br>              Defendant. | Case No.: 2:18-MJ-00241 AC<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE DETENTION HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the detention hearing now scheduled for December 10, 2018, at 2:00 p.m. is continued to December 12, 2018, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  December 7, 2018

                                                   */s/ Allison Claire*
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE