1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS LLP
2  600 University Avenue
   Palo Alto, CA  94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Salvador Jesus Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>    vs.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>                Defendants. | Case No.: 2:19-cr-00002-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Timothy Delgado, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from March 5, 2019, to May 7, 2019, to permit the Government time to provide discovery to the defense, and to give the defense time to review it.  Further, undersigned defense counsel both have unavoidable conflicts for the March 5 hearing.

Undersigned counsel for the Government has informed the defense that he plans to turn over discovery within the next week.  Undersigned defense counsel needs time to review the anticipated discovery, which will be voluminous.  In addition, counsel for Ms. Casillas is currently in trial and

counsel for Mr. Ramirez is ordered to appear in the Northern District of California for a change of plea hearing on March 5.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between March 5, 2019, to and including the May 7, 2019, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense.

For the foregoing reasons, the parties stipulate to continue the status conference to May 7, 2019, at 9:15 a.m.

IT IS SO STIPULATED:

Dated: March 1, 2019
/S/ Michael E. Hansen
Michael E. Hansen
Attorney for Defendant Susan Dane Costorio Casillas

Dated: March 1, 2019
NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Salvador Jesus Ramirez

Dated: March 1, 2019
MCGREGOR W. SCOTT

United States Attorney

By: /S/ Timothy Delgado
Timothy Delgado
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

|  |  |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　Defendants. | Case No.: CR 19-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to May 7, 2019, at 9:15 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between March 5, 2019, to and including the May 7, 2019, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated: 3/4/2019　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　The Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　　　United States District Court Judge