Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
SUSAN CASILLAS

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-CR-00002-JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ~~PROPOSED~~** |
| vs. | ) **ORDER MOFIYING PRETRIAL** |
| | ) **RELEASE CONDITIONS** |
| SUSAN CASILLAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Timothy Delgado, Assistant United States Attorney, attorney for plaintiff, Daniel Olmos, attorney for Salvador Ramirez and Michael E. Hansen, attorney for defendant Susan Casillas, to modify the pretrial release conditions for Ms. Casillas and Mr. Ramirez, adding the following:

Condition 12 will now read: You are allowed to have contact with Mr. Ramirez at the Sacramento County Jail if you are accompanied by one or more of your children for the limited purpose to allow Mr. Ramirez visitation with the children. You are not to discuss the pending charges. You must not associate or have any contact with codefendant Salvador Jesus Ramirez, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

Additionally, Mr. Ramirez is ordered, through his counsel, to not discuss the charges.

1

Dated: April 24, 2019                          Respectfully submitted,

                                               /s/ Michael E. Hansen
                                               MICHAEL E. HANSEN
                                               Attorney for Defendant
                                               SUSAN CASILLAS


Dated: April 24, 2019                          By: /s/ Michael E. Hansen for
                                               DANIEL OLMOS
                                               Attorney for Defendant
                                               SALVADOR RAMIREZ


Dated: April 24, 2019                          McGREGOR SCOTT
                                               United States Attorney

                                               By: /s/ Michael E. Hansen for
                                               TIMOTHY DELGADO
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


## [~~PROPOSED~~] ORDER

   The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders modification and addition of pretrial release conditions as follows:

   Condition 12. You are allowed to have contact with Mr. Ramirez at the Sacramento County Jail if you are accompanied by one or more of your children for the limited purpose to allow Mr. Ramirez visitation with the children. You are not to discuss the pending charges. You must not associate or have any contact with codefendant Salvador Jesus Ramirez, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

   IT IS SO ORDERED.


DATED: April 30, 2019                          _____
                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE

Pretrial Release Conditions Modification