Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Salvador Jesus Ramirez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>   vs.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>                Defendants. | Case No.: 2:19-cr-00002-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Timothy Delgado, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from May 7, 2019, to July 16, 2019, to permit the Government time to provide discovery to the defense, and to give the defense time to review it.

Undersigned counsel for the Government has informed the defense that he plans to turn over discovery for this and a related case next week. Undersigned defense counsel needs time to review the anticipated discovery, which will be voluminous.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

commence, that the time period between May 7, 2019, to and including the July 16, 2019, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense.

For the foregoing reasons, the parties stipulate to continue the status conference to July 16, 2019, at 9:15 a.m.

IT IS SO STIPULATED:

Dated: May 3, 2019

/S/ Michael E. Hansen
Michael E. Hansen
Attorney for Defendant Susan Dane Costorio Casillas

Dated: May 3, 2019

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Salvador Jesus Ramirez

Dated: May 3, 2019

MCGREGOR W. SCOTT

United States Attorney

By: /S/ Timothy Delgado
Timothy Delgado
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>        Defendants. | Case No.: CR 19-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to July 16, 2019, at 9:15 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between May 7, 2019, to and including the July 16, 2019, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated: 5/3/2019                          /s/ John A. Mendez
                                                     The Hon. John A. Mendez
                                                     United States District Court Judge