Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
SUSAN CASILLAS

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSAN CASILLAS, and<br>SALVADOR RAMIREZ,<br><br>    Defendants. | Case No.: 2:19-CR-00002-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Timothy Delgado, Assistant United States Attorney, attorney for plaintiff, Daniel B. Olmos, attorney for defendant Salvador Ramirez, and Michael E. Hansen, attorney for defendant Susan Casillas, that the previously-scheduled status conference date of July 16, 2019, be vacated and the matter set for status conference on September 24, 2019, at 9:15 a.m.

This continuance is requested because defense counsel needs additional time to review discovery received in this case. Discovery is ongoing and it is anticipated the government will provide significant additional discovery.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

**1**
**Stipulation and Order to Continue Status Conference**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, July 12, 2019, to and including September 24, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 12, 2019                                  Respectfully submitted,

                                                      /s/ Michael E. Hansen
                                                      MICHAEL E. HANSEN
                                                      Attorney for Defendant
                                                      SUSAN CASILLAS

Dated: July 12, 2019                                  /s/ Michael E. Hansen for
                                                      DANIEL B. OLMOS
                                                      Attorney for Defendant
                                                      SALVADOR RAMIREZ

Dated: July 12, 2019                                  McGREGOR SCOTT
                                                      United States Attorney

                                                      By: /s/ Michael E. Hansen for
                                                      TIMOTHY DELGADO
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 12,

2019, to and including September 24, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the July 16, 2019, status conference shall be continued until September 24, 2019, at 9:15 a.m.

    IT IS SO ORDERED.

Dated: July 12, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

**3**
**Stipulation and Order to Continue Status Conference**