1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0002-JAM |
|---|---|
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
13 | v. | |
14 | SALVADOR JESUS RAMIREZ and SUSAN DANE COSTORIO CASILLAS, | Date: September 24, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
15 | Defendants. | |

16

17

18     Plaintiff United States of America, through its undersigned counsel, and defendants Salvador Jesus

19 Ramirez and Susan Dane Costorio Casillas, through their respective counsel, hereby stipulate that the

20 status conference currently set for September 24, 2019, be continued to December 10, 2019, at 9:15 a.m.

21     This continuance is requested because defense counsel are still conducting legal research into

22 potential suppression issues and/or motions to dismiss, conducting additional factual investigation, and

23 otherwise preparing for trial. Discovery is ongoing and in the coming week, the government expects to

24 produce to both defense counsel several hundred pages of materials from this investigation and a related

25 case. Counsel for both defendants will require time to review these new materials, as well as the items

26 already produced, in addition to the time needed for follow up on the background research described

27 above.

28 / / /

Based on the foregoing, the parties stipulate that the status conference currently set for September 24, 2019, be continued to December 10, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, to and including December 10, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: September 20, 2019
 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for plaintiff United States*

Dated: September 20, 2019
 */s/ THD for Daniel B. Olmos*
DANIEL B. OLMOS
Nolan Barton & Olmos LLP
*Attorney for defendant Salvador Ramirez*

Dated: September 20, 2019
 */s/ THD for Michael E. Hansen*
MICHAEL E. HANSEN
Law Offices of Michael E. Hansen
*Attorney for defendant Susan Casillas*

STIPULATION AND (PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE

2

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including December 10, 2019, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the September 24, 2019 status conference be continued to December 10, 2019, at 9:15 a.m.

Dated:  September 20, 2019       /s/ John A. Mendez_____
                                 Hon. John A. Mendez
                                 United States District Court Judge