Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Salvador Jesus Ramirez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　　　Defendants. | Case No.: CR 19-0002 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from March 17, 2020, to June 30, 2020, to permit the Government time to provide additional discovery to the defense, and to give the defense time to review it.  Further, there is new counsel for the Government in this matter.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between March 17, 2020, to and including the June 30, 2020, status

hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense.

For the foregoing reasons, the parties stipulate to continue the status conference to June 30, 2020, at 9:15 a.m.

IT IS SO STIPULATED:

Dated: March 12, 2020

/S/ Michael E. Hansen
Michael E. Hansen
Attorney for Defendant Susan Dane Costorio Casillas

Dated: March 12, 2020

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Salvador Jesus Ramirez

Dated: March 12, 2020

MCGREGOR W. SCOTT

United States Attorney

By: /S/ Heiko Coppola
Heiko Coppola
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　　Defendants. | Case No.: CR 19-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to June 30, 2020, at 9:15 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between March 17, 2020, to and including the June 30, 2020, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated:　3/13/2020　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　The Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　　　United States District Court Judge