Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Salvador Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　Defendants. | Case No.: 2:19-CR-0002 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from June 30, 2020 to September 29, 2020 at 9:15 a.m.

The parties stipulate and agree that, given the extensive discovery produced by the Government in this matter and the ongoing challenges presented by the COVID-19 pandemic, resulting stay-at-home orders throughout California, including in the Eastern District of California, and this Court's General Orders related to COVID-19, that a continuance of the status hearing is appropriate. Specifically, the parties agree and stipulate, and request that the Court find the following:

      a)      The government has provided discovery to defense counsel that includes documents and other relevant materials.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendants desires additional time review the provided discovery, conduct legal research, to consult with the defendants and to otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

The parties agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between June 30, 2020, up to and including the September 29, 2020, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense. The parties stipulate and agree that the ends of justice served by granting this time exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to September 29, 2020, at 9:15 a.m.

IT IS SO STIPULATED:

Dated: June 25, 2020

    /S/ Michael E. Hansen
Michael E. Hansen
Attorney for Defendant Susan Dane Costorio Casillas

Dated: June 25, 2020

NOLAN BARTON & OLMOS LLP

    /S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Salvador Ramirez

Dated: June 25, 2020

MCGREGOR W. SCOTT

United States Attorney

By:   /S/ Heiko Coppola
Heiko Coppola
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>    Defendants. | Case No.: 2:19-CR-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to September 29, 2020, at 9:15 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between June 30, 2020, to and including the September 29, 2020, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4, and that the ends of justice served by granting this time exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 25, 2020              /s/ John A. Mendez_____
                                  The Hon. John A. Mendez
                                  United States District Court Judge