Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Salvador Jesus Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR 19-0002 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| SALVADOR JESUS RAMIREZ, and SUSAN DANE COSTORIO CASILLAS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from July 6, 2021, to September 28, 2021, to permit defense counsel to continue reviewing discovery and preparing their defense. Further, undersigned counsel for Defendant Salvador Ramirez has informed counsel for the Government that he intends to provide discovery in the coming weeks, and the Government will need time to consider it. The parties last appeared for status on May 4, 2021, and informed the Court of their progress in this matter.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

commence, that the time period between July 6, 2021, to and including the September 28, 2021, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense. The parties also stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to September 28, 2021, at 9:30 a.m.

IT IS SO STIPULATED:

Dated: June 30, 2021

/S/ Michael E. Hansen
Michael E. Hansen
Attorney for Defendant Susan Dane Costorio Casillas

Dated: June 30, 2021

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Salvador Jesus Ramirez

Dated: June 30, 2021

PHILLIP A. TALBERT

Acting United States Attorney

By: /S/ Heiko Coppola
Heiko Coppola
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>  Defendants. | Case No.: CR 19-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to September 28, 2021, at 9:30 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between July 6, 2021, to and including the September 28, 2021, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE