Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Salvador Jesus Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR 19-0002 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| SALVADOR JESUS RAMIREZ, and SUSAN DANE COSTORIO CASILLAS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from April 26, 2022, to June 28, 2022, to permit defense counsel to continue reviewing discovery and preparing their defense.  Further, undersigned counsel for Defendant Salvador Ramirez has provided additional discovery to the government which the government needs time to review and consider, and the defense plans to produce more discovery in the coming weeks.

The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between April 26, 2022, to and including the June 28, 2022, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow

defense counsel reasonable time to prepare their clients' defense. The parties also stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to June 28, 2022, at 9:30 a.m.

IT IS SO STIPULATED:

Dated: April 22, 2022

/s/ Michael E. Hansen
Michael E. Hansen
Attorney for Defendant Susan Dane Costorio Casillas

Dated: April 22, 2022

NOLAN BARTON & OLMOS LLP

/s/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Salvador Jesus Ramirez

Dated: April 22, 2022

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Heiko Coppola
Heiko Coppola
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　　Defendants. | Case No.: CR 19-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to June 28, 2022, at 9:30 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between April 26, 2022, to and including the June 28, 2022, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  April 22, 2022　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

---

*United States v. Ramirez, et al.*; Case No. 19-cr-0002 JAM
Stipulation and Order to Continue Status Conference