# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>  Defendants. | Case No.: 2:19-cr-00002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to October 26, 2022, at 9:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between August 30, 2022, to and including the October 26, 2022, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  August 24, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---