Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Salvador Jesus Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　　　Defendants. | Case No.: CR 19-0002 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from October 25, 2022, to January 10, 2023, to permit defense counsel to continue reviewing discovery and preparing their defense.  Further, defense counsel for both defendants have provided additional discovery to the government which the government needs time to review and consider.

　　　The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between October 25, 2022, to and including the January 10, 2023, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense. The parties also stipulate that

the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate to continue the status conference to January 10, 2023, at 9:30 a.m.

IT IS SO STIPULATED:

Dated: October 20, 2022         /s/ Michael E. Hansen
                                Michael E. Hansen
                                Attorney for Defendant Susan Dane Costorio Casillas

Dated: October 20, 2022         NOLAN BARTON & OLMOS, LLP

                                /s/ Daniel B. Olmos
                                Daniel B. Olmos
                                Attorney for Defendant Salvador Jesus Ramirez

Dated: October 20, 2022         PHILLIP A. TALBERT
                                United States Attorney

                                By:   /s/ Heiko Coppola
                                Heiko Coppola
                                Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　　Defendants. | Case No.: CR 19-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to January 10, 2023, at 9:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between October 25, 2022, to and including the January 10, 2023, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  October 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

*United States v. Ramirez, et al.*; Case No. 19-cr-0002 JAM
Stipulation and Order to Continue Status Conference