1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON & OLMOS, LLP
2  430 D Street
   Davis, CA  95616
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Salvador Jesus Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR 19-0002 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| SALVADOR JESUS RAMIREZ, and SUSAN DANE COSTORIO CASILLAS, | |
| Defendants. | |

　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas, through their undersigned counsel, that the status hearing in this matter be continued from January 10, 2023, to March 21, 2023, at 9:00 a.m., to permit defense counsel to continue reviewing discovery and preparing their defense.  Further, defense counsel for both defendants have provided additional discovery to the government which the government needs time to review and consider.

　　The parties further agree and request that the Court order, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between January 10, 2023, to and including the March 21, 2023, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare their clients' defense. The parties also stipulate that

1  the ends of justice served by granting this continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.
3      For the foregoing reasons, the parties stipulate to continue the status conference to March 21,
4  2023, at 9:00 a.m.

IT IS SO STIPULATED:

Dated: January 4, 2023

　　*/s/ Michael E. Hansen*
Michael E. Hansen
Attorney for Defendant Susan Dane Costorio Casillas

Dated: January 4, 2023

NOLAN BARTON & OLMOS, LLP

　　*/s/ Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Salvador Jesus Ramirez

Dated: January 4, 2023

PHILLIP A. TALBERT
United States Attorney

By:   */s/ Heiko Coppola*
Heiko Coppola
Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR JESUS RAMIREZ, and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>　　　　　　　Defendants. | Case No.: CR 19-0002 JAM<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendants Salvador Jesus Ramirez and Susan Dane Costorio Casillas be continued to March 21, 2023, at 9:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between January 10, 2023, to and including the March 21, 2023, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  January 5, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE