Daniel B. Olmos (SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
Tel: (650) 326-2980
Fax: (650) 326-9704
Email: dolmos@nbo.law

Counsel for Defendant
Salvador Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> SALVADOR RAMIREZ, <br><br> Defendant. | Case No.: 2:19-cr-00002-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Salvador Ramirez, through undersigned counsel, that the June 27, 2023, sentencing hearing in this matter be continued to October 31, 2023. The parties have conferred with the Probation Office, and the following schedule will apply:

| | |
|---|---|
| Judgment and Sentencing Date | October 31, 2023 |
| Reply, or Statement of Non-Opposition: | October 24, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 17, 2023 |
| Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 10, 2023 |
| Counsel's written objections to Presentence Report delivered to Probation Officer and opposing counsel no later than: | October 3, 2023 |
| Proposed Presentence Report disclosed to counsel no later than: | September 19, 2023 |

For the foregoing reasons, the parties stipulate to continue the sentencing hearing to October 31, 2023.

IT IS SO STIPULATED:

Dated: June 22, 2023   NOLAN BARTON OLMOS & LUCIANO, LLP

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel B. Olmos*
　　　　　　　　　　　　　　　　　　Daniel B. Olmos
　　　　　　　　　　　　　　　　　　Attorney for Defendant Salvador Ramirez


Dated: June 22, 2023   PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:   /s/ *Heiko Coppola*
　　　　　　　　　　　　　　　　　　Heiko Coppola
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>     v.<br><br>SALVADOR RAMIREZ,<br><br>              Defendant. | Case No.: 2:19-CR-0002 JAM<br><br>**ORDER TO CONTINUE HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be **CONTINUED** to **October 31, 2023, at 09:00 AM**. The following schedule shall apply:

| | |
|---|---|
| Judgment and Sentencing Date | **October 31, 2023, at 09:00 AM** |
| Reply, or Statement of Non-Opposition: | October 24, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 17, 2023 |
| Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 10, 2023 |
| Counsel's written objections to Presentence Report delivered to Probation Officer and opposing counsel no later than: | October 3, 2023 |
| Proposed Presentence Report disclosed to counsel no later than: | September 19, 2023 |

**IT IS SO ORDERED**.

Dated: June 22, 2023        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE