Daniel B. Olmos (SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, CA 94301
Tel: (650) 326-2980
Fax: (650) 326-9704
Email: dolmos@nbo.law

Counsel for Defendant
Salvador Ramirez

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SALVADOR RAMIREZ AND SUSAN CASILLAS,<br><br>　　　　Defendants. | Case No.: 2:19-cr-00002 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Ramirez and Susan Casillas, through undersigned counsel, that the October 31, 2023, sentencing hearing in this matter be continued to February 13, 2024.  The parties have conferred with the Probation Office, and the following schedule will apply:

| | |
|---|---|
| Judgment and Sentencing Date | February 13, 2024 |
| Reply, or Statement of Non-Opposition: | February 6, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 30, 2024 |
| Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 23, 2024 |

| Counsel's written objections to Presentence Report delivered to Probation Officer and opposing counsel no later than: | January 16, 2024 |
|---|---|
| Proposed Presentence Report disclosed to counsel no later than: | January 2, 2024 |

For the foregoing reasons, the parties stipulate to continue the sentencing hearing to February 13, 2024.

IT IS SO STIPULATED:

Dated: October 18, 2023               NOLAN BARTON OLMOS & LUCIANO, LLP

                                             /s/ *Daniel B. Olmos*
                                            Daniel B. Olmos
                                            Attorney for Defendant Salvador Ramirez

Dated: October 18, 2023               LAW OFFICE OF MICHAEL E. HANSEN

                                             /s/ *Michael E. Hansen*
                                            Michael E. Hansen
                                            Attorney for Defendant Susan Casillas

Dated: October 18, 2023               PHILLIP A. TALBERT
                                            United States Attorney

                                            By:   /s/ *Heiko Coppola*
                                            Heiko Coppola
                                            Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR RAMIREZ AND SUSAN CASILLAS,<br><br>　　　　　Defendants. | Case No.: 2:19-cr-00002 JAM<br><br>**ORDER TO CONTINUE HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be continued to February 13, 2024. The following schedule shall apply:

| | |
|---|---|
| Judgment and Sentencing Date | **February 13, 2024 at 9:00 AM** |
| Reply, or Statement of Non-Opposition: | February 6, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 30, 2024 |
| Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 23, 2024 |
| Counsel's written objections to Presentence Report delivered to Probation Officer and opposing counsel no later than: | January 16, 2024 |
| Proposed Presentence Report disclosed to counsel no later than: | January 2, 2024 |

　　IT IS SO ORDERED.

Dated:  October 18, 2023　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE