Daniel B. Olmos (SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
430 D Street
Davis, California 95616
Tel: (650) 326-2980
Fax: (650) 326-9704
Email: dolmos@nbo.law

Counsel for Defendant
Salvador Ramirez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>     vs.<br><br>SALVADOR JESUS RAMIREZ and SUSAN DANE COSTORIO CASILLAS,<br><br>           Defendants. | Case No.: 2:19-cr-00002-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Ramirez and Susan Casillas, through undersigned counsel, that the May 7, 2024, sentencing hearing in this matter be continued to July 09, 2024. The Final Pre-Sentence Reports for both defendants have been filed by the Probation Office. The parties agree to file their respective sentencing memoranda no later than July 2, 2024.

//

//

//

//

//

IT IS SO STIPULATED:

Dated: May 1, 2024                    NOLAN BARTON OLMOS & LUCIANO, LLP

    /s/ *Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Salvador Ramirez

Dated: May 1, 2024                    LAW OFFICE OF MICHAEL E. HANSEN

    /s/ *Michael E. Hansen*
Michael E. Hansen
Attorney for Defendant Susan Casillas

Dated: May 1, 2024                    PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Heiko Coppola*
Heiko Coppola
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR JESUS RAMIREZ and SUSAN DANE COSTORIO CASILLAS,<br><br>Defendants. | Case No.: 2:19-cr-00002-JAM<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be **CONTINUED** to **July 09, 2024, at 09:00 a.m.**

IT IS SO ORDERED.

Dated: May 01, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE