Daniel B. Olmos (SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, California 95616
Tel: (650) 326-2980
Fax: (650) 326-9704
Email: dolmos@nbo.law

Counsel for Defendant
Salvador Ramirez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>   vs.<br><br>SALVADOR JESUS RAMIREZ and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>   Defendants. | Case No.: 2:19-cr-00002-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendants Salvador Ramirez and Susan Casillas, through undersigned counsel, that the July 9, 2024, sentencing hearing in this matter be continued to October 8, 2024. The Final Pre-Sentence Reports for both defendants have been filed by the Probation Office. The parties agree to file their respective sentencing memoranda no later than October 1, 2024.

Defendant Ramirez's plea agreement includes a "Reduction of Sentence for Cooperation" provision, *see* Docket No. 87, and Mr. Ramirez and counsel for the Government agree that the continuance is necessary for a more fulsome evaluation of any reduction recommendation pursuant to that provision.

IT IS SO STIPULATED:

Dated: July 1, 2024                         NOLAN BARTON OLMOS & LUCIANO, LLP

                                            */s/ Daniel B. Olmos*
                                            Daniel B. Olmos
                                            Attorney for Defendant Salvador Ramirez

Dated: July 1, 2024                         LAW OFFICE OF MICHAEL E. HANSEN

                                            */s/ Michael E. Hansen*
                                            Michael E. Hansen
                                            Attorney for Defendant Susan Casillas

Dated: July 1, 2024                         PHILLIP A. TALBERT
                                            United States Attorney

                                            By:   */s/ Heiko Coppola*
                                            Heiko Coppola
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>     v.<br><br>SALVADOR JESUS RAMIREZ and<br>SUSAN DANE COSTORIO CASILLAS,<br><br>                Defendants. | Case No.: 2:19-cr-00002-JAM<br><br>**ORDER CONTINUING SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be **CONTINUED** to **October 08, 2024, at 09:00 a.m.** Any sentencing memorandum shall be filed on or before **October 01, 2024**. **No further extensions will be granted absent good cause shown**.

IT IS SO ORDERED.

Dated: July 02, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE