HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
SALVADOR JESUS RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR JESUS RAMIREZ,<br><br>Defendant. | No. 2:19-cr-00002-JAM-1<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America, by and through HEIKO P. COPPOLA, Assistant United States Attorney, and defendant SALVADOR JESUS RAMIREZ, by and through his counsel, ANN C. McCLINTOCK, Assistant Federal Defender, that the following briefing schedule be set to give the parties sufficient time to obtain and review needed records:

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 131, or Notice of not filing such a brief, shall be filed by

/ / /

1

March 23, 2026.  The government's Response shall be filed by April 22, 2026.

Defendant's Reply shall be filed by May 22, 2026.

DATED: January 22, 2026    Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          *s/ Ann C. M<sup>c</sup>Clintock*
          ANN C. M<sup>c</sup>CLINTOCK
          Assistant Federal Defender
          Attorney for Defendant
          SALVADOR JESUS RAMIREZ

DATED: January 22, 2026    ERIC GRANT
          United States Attorney

          *s/ Heiko P. Coppola*
          HEIKOR P. COPPOLA
          Assistant U.S. Attorney
          Attorney for Plaintiff

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
SALVADOR JESUS RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SALVADOR JESUS RAMIREZ, <br><br> Defendant. | No.  2:19-cr-00002-JAM-1 <br><br> **ORDER** <br><br> Judge: Hon. John A. Mendez |

**O R D E R**

Based on the stipulation of the parties, Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 131, or Notice of not filing such a brief, shall be filed by **March 23, 2026**.  The government's Response shall be filed by **April 22, 2026**.  Defendant's Reply shall be filed by **May 22, 2026**.

Dated: January 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3